IRA C. BLASIER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Blasier* v. *N. Y. C. & H. R. R. R. Co.,* 80 Hun, 601, affirmed
(Argued October 12, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered July 23, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit granting a nonsuit.

73

*M. E. Driscoll* for appellant.

*Frank Hiscock* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.